THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SUZONNE SMITH,**<br>    **Plaintiff** | CASE NO. 2:18-cv-06635-MVL-JCW |
| versus | JUDGE MARY ANN VIAL LEMMON |
| **TANGIPAHOA PARISH SCHOOL BOARD,**<br>    **Defendant** | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**PLAINTIFF'S FEDERAL RULE 26(a)(2)(C) DISCLOSURE**

**MAY IT PLEASE THE COURT:**

Plaintiff, Suzonne Smith, through undersigned counsel, respectfully submits the following summaries of the facts and opinions to which her treating providers will testify:

**1. Dr. James Sholtz, MD**

Dr. James Sholtz began treating Ms. Smith on June 13, 2011 for Bipolar Disorder. He is expected to testify that Ms. Smith suffered from Bipolar Disorder and that her symptoms included depression and insomnia. Dr. Sholtz adjusted Ms. Smith's medications several times during his treatment of Ms. Smith. He is expected to testify as to the facts and opinions that led him to make these changes. Dr. Sholtz is also expected to testify that he prescribed the medication Latuda to Ms. Smith on May 11, 2016, but that he discontinued the medication due to side effects, including

1

anxiety, agitation, irritability, depression, restlessness, somnolence, poor concentration, poor attention, mood changes, panic attacks, insomnia, and others. Dr. Sholtz is also expected to testify regarding: (i) Plaintiff's ability to perform her job duties during his treatment of her with the medications that he prescribed; (ii) the effects that her condition had on her ability to perform such duties; and (iii) the effects of the medications he prescribed on her ability to perform such duties.

### 2. Dr. Richard Strobach

Dr. Richard Strobach conducted his first psychiatric evaluation on Ms. Smith on July 22, 2013, at which time he noted that Ms. Smith exhibited signs of depression and mania. Dr. Strobach is expected to testify that Ms. Smith suffers from Bipolar Type II and that her symptoms included memory issues, anxiety, sadness, feelings of hopelessness, panic attacks, auditory hallucinations, and manic symptoms including flight of ideas, hyperactivity, excessive thoughts, and insomnia. Dr. Strobach prescribed Ms. Smith a number of medications to treat depression, anxiety, and insomnia, and he continued to regularly treat Ms. Smith through March 2015. Dr. Strobach is expected to testify as to the facts and opinions that led to his decisions to prescribe particular medications. Dr. Strobach is also expected to testify regarding: (i) Plaintiff's ability to perform her job duties during his treatment of her with the medications that he prescribed; (ii) the effects that her condition had on her ability to perform such duties; and (iii) the effects of the medications he prescribed on her ability to perform such duties.

### 3. Dr. Merrill Laurent, MD

Dr. Merrill Laurent treated Ms. Smith as her primary care physician. On June 8, 2015, Dr. Laurent wrote a letter to Defendant describing Ms. Smith's need for working accommodations due to her Bipolar Disorder. Dr. Laurent is expected to testify as to the reasons for the opinions stated in the letter, including: (i) that Ms. Smith's Bipolar Affective Disorder is "permanent and involves

periods of acute worsening of symptoms"; (ii) that Ms. Smith's symptoms were "not expected to resolve," but that treatment was helping her; and (iii) Ms. Smith would "continue intermittently to need time off from work, sometimes with little or no prior notice." Dr. Laurent is also expected to testify regarding: (i) Plaintiff's ability to perform her job duties during his treatment of her with the medications that he prescribed; (ii) the effects that her condition had on her ability to perform such duties; and (iii) the effects of the medications he prescribed on her ability to perform such duties. Following Ms. Smith's termination, Dr. Laurent treated Ms. Smith for reoccurring fainting, insomnia, and anxiety. Dr. Laurent is also expected to testify as to facts and opinions surrounding these symptoms.

**4. Dr. Becky Batiste, MD**

Dr. Becky Batiste began treating Ms. Smith on February 5, 2019 for bipolar disorder, chronic sinusitis, hypertension, chronic back pain, and a fractured left foot. Additionally, Dr. Batiste treated Ms. Smith for increased mania and insomnia. Dr. Batiste prescribed Ms. Smith 50 mg of QUEtiapine (Seroquel) and referred her to psychiatry for treatment of bipolar affective disorder. Ms. Smith visited Dr. Batiste for a second time on March 21, 2019, for a nonintractable headache. Dr. Batiste is expected to testify as to Ms. Smith's symptoms resulting from the above conditions as well as the medications her prescribed and Ms. Smith's reactions thereto. Additionally, Dr. Batiste is expected to testify to Ms. Smith's medical history of Post-Traumatic Stress Disorder (PTSD).

**5. Kela Spikes-Bickham, DNP**

Ms. Spikes-Bickham began treating Ms. Smith on October 4, 2018 for Bipolar I Disorder. Ms. Spikes-Bickham prescribed Ms. Smith a number of medications for depression, chronic back pain, and insomnia. Ms. Spikes-Bickham is expected to testify regarding Ms. Smith's symptoms,

the medications she prescribed, and Ms. Smith's reactions thereto. Ms. Spikes-Bickham is expected to testify that Ms. Smith was on multiple agents interfering with her pain and mental illness at the time of her termination. Additionally, Ms. Spikes-Bickham is expected to testify that Ms. Smith needed a mood stabilizer and that she recommended that Ms. Smith begin therapy. Ms. Spikes-Bickham treated Ms. Smith for continued and worsening depression and anxiety due to her job loss. During her treatment, Ms. Smith communicated symptoms of depression, lack of attention, and bipolar disorder to Ms. Spikes-Bickham.

**6. Dr. Gregory J. Allen**

Dr. Gregory Allen of Allen Family Practice Clinic in Ponchatoula, Louisiana, began treating Ms. Smith in 2012. Dr. Allen diagnosed Ms. Smith with chronic bipolar disorder with an onset date of November 5, 2012, for which Dr. Allen prescribed the medication Risperdal. Additionally, Dr. Allen diagnosed Ms. Smith with edema on August 23, 2013 and prescribed 25 mg of Hydrochlorothiazide and 10-500 mg of Lortab. During the time Ms. Smith was under the treatment of Dr. Allen, he prescribed her a series of medications to treat chronic bipolar disorder, edema, diabetes mellitus, and chronic migraine. Dr. Allen is expected to testify as to the reasons that he prescribed these medications and Ms. Smith's reactions thereto.

Respectfully Submitted,

SMITH LAW FIRM

*/s/ Robert Moseley Schmidt*
J. Arthur Smith, III, T.A. (#7730)
Robert Moseley Schmidt (#37934)
830 North Street
Baton Rouge, Louisiana 70802
Telephone: (225) 383-7716
Facsimile: (225) 383-7773
jasmith@jarthursmith.com
rschmidt@jarthursmith.com
*Counsel for Plaintiff, Suzonne Smith*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of July, 2019, a copy of the foregoing was filed electronically with the Clerk of Court for the Eastern District of Louisiana using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

_____*/s/ Robert Moseley Schmidt*_____
Robert Moseley Schmidt

5